**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**Civil Action: 0:26-cv-60770-AHS**

| | |
|---|---|
| J.N.,<br><br>       Plaintiff,<br><br>   v.<br><br>CYPRESS CREEK HOTEL LLC, and<br>FT. LAUDERDALE FALCON HOTEL,<br>LLC,<br><br>       Defendants. | |

**DEFENDANT FT. LAUDERDALE FALCON HOTEL, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel state that Falcon Hotel LLC was cancelled effective December 31, 2020 and was previously sold to co-Defendant Cypress Creek Hotel, LLC on December 4, 2017. From March 28, 2012 to December 4, 2017, Falcon Hotel LLC's parent corporation was Falcon 9 Investors, LLC, a privately held corporation, and there was no public corporation owning 10% or more of its stock.

Dated: Atlanta, Georgia
       May 29, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:   /s/ Alex Drummond
       Alex Drummond (Florida Bar No. 38307)
       1075 Peachtree Street, NE, Suite 2500
       Atlanta, Georgia 30309
       (404) 885-1500
       adrummond@seyfarth.com

*Counsel for Defendant Ft. Lauderdale*
*Falcon Hotel, LLC*