**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**Civil Action: 0:26-cv-60770-AHS**

J.N.,

                Plaintiff,

      v.

CYPRESS CREEK HOTEL LLC, and
FT. LAUDERDALE FALCON HOTEL,
LLC,

                Defendants.

**MOTION FOR MARC L. MUKASEY TO APPEAR PRO HAC VICE**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Marc L. Mukasey of the law firm of Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, (212) 218-5500, for purposes of appearance as co-counsel on behalf of defendant Ft. Lauderdale Falcon Hotel, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Marc L. Mukasey to receive electronic filings in this case, and in support thereof states as follows:

1.      Marc L. Mukasey is not admitted to practice in the Southern District of Florida, and is a member in good standing of the bar of the State of New York, and the United States District Courts for the Southern District of New York, the Eastern District of New York, and the District of Connecticut.

2.      Movant Alex Drummond, of the law firm of Seyfarth Shaw LLP, 1075 Peachtree Street, NE, Suite 2500, Atlanta, Georgia 30309, (404) 885-1500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  See Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Marc L. Mukasey has made payment of this Court's *pro hac vice* admission fee.

4.      A certification in accordance with Rule 4(b) is attached hereto.

5.      Marc L. Mukasey, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Marc L. Mukasey at email address: mmukasey@seyfarth.com.

WHEREFORE, Alex Drummond moves this Court to enter and Order for Marc L. Mukasey to appear *pro hac vice* before this Court on behalf of defendant Ft. Lauderdale Falcon Hotel, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Marc L. Mukasey.

Date:   May 29, 2026                                  Respectfully submitted,

                                                       /s/ Alex Drummond
                                                      Alex Drummond
                                                      Florida Bar No. 38307
                                                      SEYFARTH SHAW LLP
                                                      1075 Peachtree Street, NE, Suite 2500
                                                      Atlanta Georgia 30309
                                                      (404) 885-1500
                                                      adrummond@seyfarth.com


                                                      *Counsel for Defendant Ft. Lauderdale*
                                                      *Falcon Hotel LLC*

3

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**Civil Action: 0:26-cv-60770-AHS**

J.N.,

      Plaintiff,

    v.

CYPRESS CREEK HOTEL LLC, and
FT. LAUDERDALE FALCON HOTEL,
LLC,

      Defendants.

**CERTIFICATION OF MARC L. MUKASEY**

Marc L. Mukasey, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the State of New York, and the United States District Courts for the Southern District of New York, the Eastern District of New York, and the District of Connecticut; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: May 29, 2026

        /s/ Marc L. Mukasey
        Marc L. Mukasey
        New York Bar No. 2615540
        Seyfarth Shaw LLP
        620 Eighth Avenue
        New York, New York 10018
        (212) 218-5500
        mmukasey@seyfarth.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**Civil Action: 0:26-cv-60770-AHS**

J.N.,

                Plaintiff,

      v.

CYPRESS CREEK HOTEL LLC, and
FT. LAUDERDALE FALCON HOTEL,
LLC,

                Defendants.

**ORDER GRANTING MOTION FOR MARC L. MUKASEY TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Marc L. Mukasey, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the Southern District

of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having

considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Marc L. Mukasey, may appear *pro hac vice* and participate in

this action on behalf of defendant Ft. Lauderdale Falcon Hotel, LLC. The Clerk shall provide

electronic notification of all electronic filings to Marc L. Mukasey at mmukasey@seyfarth.com.

DONE AND ORDERED in Chambers at _____, Florida, this

____ day of _____, 2026.


_____

United States District Judge

Copies furnished to:   All Counsel of Record

2