# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### FORT LAUDERDALE DIVISION

**Civil Action: 0:26-cv-60770-AHS**

J.N.,

        Plaintiff,

   v.

CYPRESS CREEK HOTEL LLC, and
FT. LAUDERDALE FALCON HOTEL,
LLC,

        Defendants.

### MOTION FOR TORREY K. YOUNG TO APPEAR PRO HAC VICE

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Torrey K. Young of the law firm of Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, (212) 218-5500, for purposes of appearance as co-counsel on behalf of defendant Ft. Lauderdale Falcon Hotel, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Torrey K. Young to receive electronic filings in this case, and in support thereof states as follows:

1.     Torrey K. Young is not admitted to practice in the Southern District of Florida, and is a member in good standing of the bars of the State of New York and the Commonwealth of Massachusetts, and the United States District Courts for the District of Massachusetts,

Southern District of New York, the Eastern District of New York, and the United States Court of Appeals for the First Circuit.

2.      Movant Alex Drummond, of the law firm of Seyfarth Shaw LLP, 1075 Peachtree Street, NE, Suite 2500, Atlanta, Georgia 30309, (404) 885-1500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Torrey K. Young has made payment of this Court's *pro hac vice* admission fee.

4.      A certification in accordance with Rule 4(b) is attached hereto.

5.      Torrey K. Young, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Torrey K. Young at email address: tkyoung@seyfarth.com.

WHEREFORE, Alex Drummond moves this Court to enter and Order for Torrey K. Young to appear *pro hac vice* before this Court on behalf of defendant Ft. Lauderdale Falcon Hotel, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Torrey K. Young.

Date:  May 29, 2026

Respectfully submitted,

/s/ Alex Drummond

Alex Drummond
Florida Bar No. 38307
SEYFARTH SHAW LLP
1075 Peachtree Street, NE, Suite 2500
Atlanta Georgia 30309
(404) 885-1500
adrummond@seyfarth.com

*Counsel for Defendant Ft. Lauderdale Falcon Hotel LLC*

3