**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**Civil Action No.: 0:26-cv-60770-AHS**

J.N.,

     Plaintiff,

v.

CYPRESS CREEK HOTEL LLC, and
FT. LAUDERDALE FALCON HOTEL, LLC,
     Defendants.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT, CYPRESS CREEK HOTEL LLC'S MOTION TO DISMISS**

Plaintiff, J.N., by and through undersigned counsel and pursuant to Rule 6(b), Fed.R.Civ.P. and S.D.L.R. 7.1(a)(1), hereby files her Unopposed Motion for Enlargement of Time to Respond to Defendant, CYPRESS CREEK HOTEL LLC's, Motion to Dismiss [D.E. 22], and in support thereof states as follows:

1. On April 21, 2026, Plaintiff filed her Amended Complaint and Demand for Jury Trial against Defendants in Broward County's 17th Judicial Circuit. [D.E. 17]

2. On May 20, 2026, Defendant, CYPRESS CREEK HOTEL LLC, filed a voluminous Motion to Dismiss the Amended Complaint. [D.E. 22]

3. Plaintiff's Response to Defendant's Motion to Dismiss is due on or before June 3, 2026.

4. Due to the volume of Defendant's Motion to Dismiss and the complexity of the factual and legal issues, and due to undersigned counsel's responsibilities in this and other matters, and despite diligent effort, Plaintiff requires an enlargement of time of ten (10) days to respond.

4. This Motion is not interposed for purposes of delay or for any other improper purpose.

1

WHEREFORE, Plaintiff, J.N., respectfully requests an enlargement of time through and including June 15, 2026, to respond to Defendant, CYPRESS CREEK HOTEL LLC's, Motion to Dismiss the Amended Complaint [D.E. 22], and for such other and further relief as this Court deems just and proper.

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that prior to the filing of this Motion, counsel for Plaintiff conferred with counsel for Defendant and Defendant does not object to the relief requested herein.

DATED June 3, 2026.

Respectfully submitted,

/s/ *Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No. 73760
Victim's Voice, LLC
**Attorneys for Plaintiff**
100 N. Federal Hwy, 4th
Fort Lauderdale, FL 33301
Telephone: (754) 355 4700
Facsimile: (954) 994-0040
Primary email: anthony@victimsvoice.law
Secondary email: vv.001@victimsvoice.law

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/: Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No.: 73760