**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**Civil Action No.: 0:26-cv-60770-AHS**

J.N.,

      Plaintiff,

v.

CYPRESS CREEK HOTEL LLC, and
FT. LAUDERDALE FALCON HOTEL, LLC,
      Defendants.

## <u>STIPULATION OF AGREEMENT FOR PLAINTIFF<br>TO FILE SECOND AMENDED COMPLAINT</u>

Pursuant to Rule 15 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff, J.N., and Defendants,

CYPRESS CREEK HOTEL LLC, and FT. LAUDERDALE FALCON HOTEL, LLC, by and

through undersigned counsel, hereby stipulate and agree that Plaintiff may file the attached Second

Amended Complaint to add new Defendants, CRESCENT HOTELS & RESORTS, LLC and

INTERSTATE MANAGEMENT COMPANY LLC, provided that Plaintiff shall not file any

additional amendments (other than adding any new potential defendants) nor seek remand to state

court. The stipulation of the filing of the Second Amended Complaint is without prejudice against

the Defendants' right to move to dismiss on July 8, 2026.

Dated June 12, 2026.

| */s/ Anthony Chiarello* | */s/ Miles A. McGrane, IV* | */s/ Torrey K. Young* |
|---|---|---|
| Anthony Chiarello, Esq. | Miles A. McGrane, IV, Esq. | Torrey K. Young, Esq. |
| Florida Bar No. 73760 | Florida Bar No. 41591 | *pro hac vice* |
| Victim's Voice, LLC | Conroy Simberg | Seyfarth Shaw LLP |
| **Attorneys for Plaintiff** | **Attorneys for Cypress Creek Hotel LLC** | **Attorneys for Ft. Lauderdale Falcon Hotel, LLC** |
| 100 N. Federal Hwy, 4th Fort Lauderdale, FL 33301 | 3440 Hollywood Blvd, 2nd Floor Hollywood, FL 33021 | 620 Eighth Avenue New York, NY 10018 |
| Telephone: (754) 355 4700 | Telephone: (954) 961-1400 | Telephone: 1-212-218-5253 |
| Primary email: anthony@victimsvoice.law | Primary email: mmcgrane@conroysimberg.com | Primary email: Tkyoung@seyfarth.com |
| Secondary email: serita@victimsvoice.law | Secondary email: cconnell@conroysimberg.com | |