UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60770-CIV-SINGHAL

J.N.,

     Plaintiff,

v.

CYPRESS CREEK HOTEL, LLC, *et al.*,

     Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on the parties' Stipulation of Agreement for Plaintiff to File Second Amended Complaint (the "**Stipulation**").  (DE [38]).  Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Stipulation reflects the parties' consent to Plaintiff filing the Second Amended Complaint. *See* (DE [38-1]).  The Stipulation further provides that "the filing of the Second Amended Complaint is without prejudice against the Defendants' right to move to dismiss on July 8, 2026."  (DE [38] at 1).  But Defendants' deadline to respond to the Second Amended Complaint is not July 8, but instead June 26, 2026.  *See* Fed. R. Civ. P. 15(a)(3) ("[A]ny required response to an amended pleading must be made within . . . within 14 days after service of the amended pleading. . . .").  Construing the Stipulation as a motion for extension of time for Defendants to respond to the Second Amended Complaint by July 8, 2026, it is hereby

**ORDERED AND ADJUDGED** that Defendants' deadline to respond to the Second Amended Complaint is **EXTENDED** to **July 8, 2026**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 15th day of June 2026.

Copies furnished counsel via CM/ECF

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE