**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**Civil Action No.: 0:26-cv-60770-AHS**

J.N.,

       Plaintiff,

v.

CYPRESS CREEK HOTEL LLC, and
FT. LAUDERDALE FALCON HOTEL, LLC,

       Defendants.

## JOINT NOTICE OF MEDIATION

Plaintiff, J.N., and Defendants, CYPRESS CREEK HOTEL LLC, and FT. LAUDERDALE FALCON HOTEL, LLC hereby notify the Court that they have agreed upon the following mediator in this action:

1. Neutral's name: Gary H. Larsen

2. Neutral's telephone number: 941-366-4680

3. Date/time/location: March 11, 2027, at 9:30 a.m. via video conference

Respectfully submitted,

/s/ *Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No. 73760
Victim's Voice, LLC
**Attorneys for Plaintiff**
100 N. Federal Hwy, 4th
Fort Lauderdale, FL 33301
Telephone: (754) 355 4700
Facsimile: (954) 994-0040
Primary email: anthony@victimsvoice.law
Secondary email: serita@victimsvoice.law

1

/s/ *Miles A. McGrane*
Miles A. McGrane, IV, Esq.
Florida Bar No. 41591
Conroy Simberg
**Attorneys for Cypress Creek Hotel LLC**
3440 Hollywood Blvd, Second Floor
Hollywood, FL 33021
Telephone: (954) 961-1400
Primary email: mmcgrane@conroysimberg.com
Secondary email: cconnell@conroysimberg.com

*/s/ Torrey K. Young*
Torrey K. Young, Esq.
Pro Hac Vice
Seyfarth Shaw LLP
**Attorneys for Ft. Lauderdale Falcon Hotel, LLC**
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (212) 218-5253
Facsimile: (917) 344-1275
Primary email: tkyoung@seyfarth.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/: Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No.: 73760

2