**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Civil Action No.: 0:26-cv-60770-AHS**

| | |
|---|---|
| J.N., | |
|      Plaintiff, | |
| v. | |
| CYPRESS CREEK HOTEL LLC,<br>FT. LAUDERDALE FALCON HOTEL,<br>LLC, CRESCENT HOTELS & RESORTS,<br>LLC, and INTERSTATE MANAGEMENT<br>COMPANY, LLC,<br>     Defendants. | |

**NOTICE OF FILING PROPOSED SUMMONS**

Plaintiff, J.N., by and through undersigned counsel, hereby files her proposed summons to

Defendant, CRESCENT HOTELS & RESORTS, LLC.

Respectfully submitted,

/s/ *Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No. 73760
Victim's Voice, LLC
**Attorneys for Plaintiff**
100 N. Federal Hwy, 4th
Fort Lauderdale, FL 33301
Telephone: (754) 355 4700
Primary email: anthony@victimsvoice.law

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 18, 2026, I electronically filed the foregoing via the CM/ECF

system which will send notice of this electronic filing to all counsel of record in this action.

By: */s/: Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No.: 73760