**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**Civil Action No.: 0:26-cv-60770-AHS**

J.N.,

      Plaintiff,

v.

CYPRESS CREEK HOTEL LLC, and
FT. LAUDERDALE FALCON HOTEL, LLC,

      Defendants.

**<u>NOTICE OF APPEARANCE</u>**

Lisa Lucena, Esq. of the firm Victim's Voice, LLC, being admitted and otherwise authorized to practice law in this Court, hereby gives Notice of her Appearance as additional counsel for Plaintiff, J.N., in the above-captioned matter.

Dated: June 18, 2026.

                    Respectfully submitted,

                    /s/ *Lisa Lucena*
                    Lisa Lucena, Esq.
                    Florida Bar No.: 96930
                    Victim's Voice, LLC
                    **Attorneys for Plaintiff**
                    100 N. Federal Hwy, 4th
                    Fort Lauderdale, FL 33301
                    Telephone: (754) 355 4700
                    Facsimile: (954) 994-0040
                    Primary email: lisa@victimsvoice.law
                    Secondary email: serita@victimsvoice.law

1

2

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on June 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: <u>/s/ *Lisa Lucena*</u>
Lisa Lucena, Esq.
Florida Bar No.: 96930

2