**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Civil Action No.: 0:26-cv-60770-AHS**

| | |
|---|---|
| J.N.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CYPRESS CREEK HOTEL LLC,<br>FT. LAUDERDALE FALCON HOTEL,<br>LLC, CRESCENT HOTELS & RESORTS,<br>LLC, and INTERSTATE MANAGEMENT<br>COMPANY, LLC<br><br>　　　　Defendants. | |

**NOTICE OF ENTRY OF ADDITIONAL DEFENDANTS**

Plaintiff, J.N., by and through undersigned counsel, hereby files Notice of the Entry of Additional

Defendants, CRESCENT HOTELS & RESORTS, LLC, and INTERSTATE MANAGEMENT

COMPANY, LLC, as outlined in her Second Amended Complaint, filed on June 12, 2026 [ECF

No. 38-1].

Dated: June 22, 2026.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Anthony Chiarello*
　　　　　　　　　　　　　　　　　　　Anthony Chiarello, Esq.
　　　　　　　　　　　　　　　　　　　Florida Bar No. 73760
　　　　　　　　　　　　　　　　　　　Victim's Voice, LLC
　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**
　　　　　　　　　　　　　　　　　　　100 N. Federal Hwy, 4th
　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　　　　　　Telephone: (754) 355 4700
　　　　　　　　　　　　　　　　　　　Facsimile: (954) 994-0040
　　　　　　　　　　　　　　　　　　　Primary email: anthony@victimsvoice.law
　　　　　　　　　　　　　　　　　　　Secondary email: serita@victimsvoice.law

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No. 73760