**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Civil Action No.: 0:26-cv-60770-AHS**

J.N.,

      Plaintiff,

v.

CYPRESS CREEK HOTEL LLC,
FT. LAUDERDALE FALCON HOTEL,
LLC, CRESCENT HOTELS & RESORTS,
LLC, and INTERSTATE MANAGEMENT
COMPANY, LLC,

      Defendants.

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff, J.N., by and through undersigned counsel, hereby files her proposed summons to

Defendant, Interstate Management Company, LLC.

Respectfully submitted,

/s/ *Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No. 73760
Victim's Voice, LLC
**Attorneys for Plaintiff**
100 N. Federal Hwy, 4th
Fort Lauderdale, FL 33301
Telephone: (754) 355 4700
Primary email: anthony@victimsvoice.law

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 22, 2026, I electronically filed the foregoing via the CM/ECF

system which will send notice of this electronic filing to all counsel of record in this action.

By: */s/: Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No.: 73760