**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-60770-SINGHAL/STRAUSS**

**J.N.,**

　　　Plaintiff,

v.

**CYPRESS CREEK HOTEL, LLC, *et al.*,**

　　　Defendants.

_____/

## ORDER SETTING PRETRIAL DEADLINES

By separate Order [DE 29], the Court has scheduled calendar call for **July 21, 2027**, and trial during the Court's two-week trial calendar beginning on **July 26, 2027**.  With the Court having considered the parties' Joint Scheduling Report, it is **ORDERED and ADJUDGED** that the parties shall adhere to the following schedule:

| | |
|---|---|
| **7/6/2026** | Parties exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). The parties are reminded that pursuant to S.D. Fla. L.R. 26.1(b), initial disclosures shall not be filed with the Court unless an exception noted in the Local Rules applies. |
| **8/3/2026** | All motions to amend pleadings or join parties are filed. |
| **1/11/2027** | Fact discovery is completed. |
| **2/16/2027** | Plaintiff discloses experts and serves expert witness summaries or reports in accordance with Fed. R. Civ. P. 26(a)(2). |
| **3/2/2027** | Defendants disclose experts and serve expert witness summaries or reports in accordance with Fed. R. Civ. P. 26(a)(2). |
| **3/23/2027** | Parties exchange *rebuttal* expert witness summaries or reports. |
| **4/7/2027** | Expert discovery is completed. |
| **4/22/2027** | All pretrial motions and *Daubert* motions are filed. **This deadline includes all <u>dispositive motions</u>.** |

**5/26/2027**          Motions *in limine* are filed.

**6/17/2027**          Parties shall file all depositions to be used at trial and advise of the deposition portions to be used at trial by designating the page and line of each deposition.  If both parties plan to use the deposition of a particular witness, the parties shall confer and file only one copy of the transcript. Any objections or counter-designations shall be filed within **ten (10) days of the designations.**

**7/2/2027**           Counsel meet to review pre-marked exhibits and proposed demonstrative exhibits.

**7/9/2027**           Parties submit joint pre-trial stipulation and witness and exhibit lists in accordance with Local Rule 16.1(d) and (e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of June 2026.

**Jared M. Strauss**
**United States Magistrate Judge**