AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |
|---|---|
| J.N. <br><br> *Plaintiff(s)* <br><br> v. <br><br> CYPRESS CREEK HOTEL LLC, <br> FT. LAUDERDALE FALCON HOTEL, LLC, <br> CRESCENT HOTELS & RESORTS, LLC, and <br> INTERSTATE MANAGEMENT COMPANY, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 0:26-cv-60770-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CRESCENT HOTELS & RESORTS, LLC
c/o INCORP SERVICES, INC., Registered Agent
3458 Lakeshore Drive
Tallahassee, FL 32312

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony Chiarello, Esq.
Victim's Voice, LLC
100 N. Federal Hwy
4th Floor
FORT LAUDERDALE, FL 33301

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jun 23, 2026

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td rowspan="13">

J.N.

_____
*Plaintiff(s)*

v.

CYPRESS CREEK HOTEL LLC,
FT. LAUDERDALE FALCON HOTEL, LLC,
CRESCENT HOTELS & RESORTS, LLC, and
INTERSTATE MANAGEMENT COMPANY, LLC

_____
*Defendant(s)*
</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>

Civil Action No. 0:26-cv-60770-AHS
</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  INTERSTATE MANAGEMENT COMPANY, LLC
c/o CT CORPORATION SYSTEM, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anthony Chiarello, Esq.
Victim's Voice, LLC
100 N. Federal Hwy
4th Floor
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 23, 2026
_____

Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*
_____
Deputy Clerk
U.S. District Courts