## <u>RETURN OF SERVICE</u>

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:26-CV-60770-AHS

Plaintiff: **J.N.,**
vs.
Defendant: **CYPRESS CREEK HOTEL LLC, FT. LAUDERDALE FALCON HOTEL, LLC, CRESCENT HOTELS & RESORTS, LLC, and INTERSTATE MANAGEMENT COMPANY, LLC,**

FIS2026004098

For:
Anthony Chiarello, Esq.
VICTIM'S VOICE, LLC
100 N. Federal Hwy
4th Floor
Fort Lauderdale, FL 33301

Received by Henri J. Werner on the 24th day of June, 2026 at 1:08 pm to be served on **INTERSTATE MANAGEMENT COMPANY, LLC C/O CT CORPORATION SYSTEM, REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Henri J. Werner, do hereby affirm that on the **25th day of June, 2026** at **11:58 am, I:**

**Served** a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **TAINA BALLY, DESIGNATED EMPLOYEE FOR CT CORPORATION SYSTEM** as **REGISTERED AGENT** for **INTERSTATE MANAGEMENT COMPANY, LLC** at the address of: **1200 S. Pine Island Rd., SUITE 250, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Served to an employee of the registered agent, Taina Bally, authorized to accept, pursuant to Florida Statute 48.062 (1).

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: 5'5", Weight: 145, Hair: Black, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2), no notary is required.

**Henri J. Werner**
SPS#847

**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**(954) 566-2523**

Our Job Serial Number: FIS-2026004098

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

| DELIVERED | 06/25/2026 11:58 AM |
|-----------|---------------------|
| SERVER | HJW |
| LICENSE | SPS#847 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida ▼

|  |  |
|---|---|
| J.N. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:26-cv-60770-AHS |
| CYPRESS CREEK HOTEL LLC, FT. LAUDERDALE FALCON HOTEL, LLC, CRESCENT HOTELS & RESORTS, LLC, and INTERSTATE MANAGEMENT COMPANY, LLC | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INTERSTATE MANAGEMENT COMPANY, LLC
c/o CT CORPORATION SYSTEM, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Anthony Chiarello, Esq.
Victim's Voice, LLC
100 N. Federal Hwy
4th Floor
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 23, 2026



Angela E. Noble
Clerk of Court

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts