## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 0:26-CV-60770-AHS

Plaintiff:
**J.N.,**

vs.

Defendant:
**Cypress Creek Hotel LLC, FT. Lauderdale Falcon Htel, LLC, Crescent Hotels & Resorts, LLC, and Interstate Management Company, LLC,**



FIS2026004097

For:
Anthony Chiarello, Esq.
VICTIM'S VOICE, LLC
100 N. Federal Hwy
4th Floor
Fort Lauderdale, FL 33301

Received by PROFESSIONAL PROCESS SERVERS & INVESTIGATORS, INC. on the 24th day of June, 2026 at 1:33 pm to be served on **Crescent Hotels & Resorts, LLC C/O Incorp Services, Inc., Registered Agent, 3458 Lakeshore Drive, Tallahassee, FL 32312**.

I, SHANNON MARY THOMAS, do hereby affirm that on the **25th day of June, 2026** at **1:15 pm, I:**

**CORPORATE / LLC:** served by delivering a true copy of the **Summons In A Civil Action, Second Amended Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **EMMA LEE** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of Crescent Hotels & Resorts, LLC C/O Incorp Services, Inc., Registered Agent  at the address of: **3458 Lakeshore Drive, Tallahassee, FL 32312**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: F, Race/Skin Color: WHITE, Height: 5'6', Weight: 120, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

_____
**SHANNON MARY THOMAS**
Certified Process Server #285

**PROFESSIONAL PROCESS SERVERS & INVESTIGATORS, INC.**
**800 W. CYPRESS CREEK ROAD**
**SUITE 390**
**FORT LAUDERDALE, FL 33309**
**(954) 566-2523**

Our Job Serial Number: FIS-2026004097
Ref: 2026004097

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

```
DELIVERED   6/25/2026 1:15 PM
SERVER
LICENSE     Certified Process
            Server #285
```

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▾

|  |  |
|---|---|
| J.N. <br><br> *Plaintiff(s)* <br><br> v. <br><br> CYPRESS CREEK HOTEL LLC, <br> FT. LAUDERDALE FALCON HOTEL, LLC, <br> CRESCENT HOTELS & RESORTS, LLC, and <br> INTERSTATE MANAGEMENT COMPANY, LLC <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 0:26-cv-60770-AHS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CRESCENT HOTELS & RESORTS, LLC
c/o INCORP SERVICES, INC., Registered Agent
3458 Lakeshore Drive
Tallahassee, FL 32312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony Chiarello, Esq.
Victim's Voice, LLC
100 N. Federal Hwy
4th Floor
FORT LAUDERDALE, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 23, 2026



SUMMONS

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court