**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-60770-AHS**

J.N.,

        Plaintiff,

    v.

CYPRESS CREEK HOTEL, LLC, FT.
LAUDERDALE FALCON HOTEL, LLC,
CRESCENT HOTELS & RESORTS, LLC,
and INTERSTATE MANAGEMENT
COMPANY, LLC,

        Defendants.

**DEFENDANT FT. LAUDERDALE FALCON HOTEL, LLC'S MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED
COMPLAINT**

Defendant Ft. Lauderdale Falcon Hotel, LLC ("Falcon"), by and through its undersigned

counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an

extension of time in which to respond to Plaintiff J.N.'s Second Amended Complaint from July

8, 2026 to August 7, 2026, and in support thereof states as follows:

1.      Plaintiff filed a stipulation of agreement, joined by Defendants Cypress Creek

Hotel, LLC ("Cypress Creek") and Falcon, for leave to file plaintiff's Second Amended

Complaint, attached thereto as an exhibit, on June 12, 2026 [DE 38].

2.      On June 15, 2026, the Court so ordered the stipulation, and set Defendants'

deadline to respond to the Second Amended Complaint to July 8, 2026 [DE 39].

3.      At the June 22, 2026 status conference before Magistrate Judge Strauss, Falcon

indicated its intent to move to dismiss the Second Amended Complaint.

4.    Falcon requests the extension because a potential conflict involving Falcon's counsel has recently arisen as a result of the addition of one of the new defendants named in the Second Amended Complaint.  The potential conflict arose only after the filing of the Second Amended Complaint and therefore could not have been addressed earlier.

5.    Promptly after the potential conflict was identified, on July 2, 2026, Falcon sought Plaintiff's counsel's consent for this motion.

6.    On July 6, 2026, Plaintiff's counsel responded that they would consent to the extension only if Falcon were to agree to answer the Second Amended Complaint.

7.    While Plaintiff's counsel appears to be attempting to leverage the potential conflict to their client's advantage, Falcon's current counsel is forced to abstain from work on this matter until the potential conflict is resolved or substitution counsel is identified.  Thus, Falcon does not agree to Plaintiff's condition for consent and this motion is opposed by Plaintiff.

8.    This is Falcon's first request for an extension of time, and this request for an extension of time is made in good faith.

9.    Falcon has been diligently working to evaluate and resolve the issue, and, if resolution is not possible, Falcon will promptly retain substitute counsel. The requested extension is sought in good faith, is necessary to protect Falcon's right to effective and conflict-free representation, and will avoid potential prejudice and inefficiency that could result from requiring Falcon to proceed while the conflict issue remains unresolved.

WHEREFORE, for the foregoing reasons defendant Ft. Lauderdale Falcon Hotel, LLC respectfully requests that the Court grant its Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint.

Dated: Atlanta, Georgia
      July 6, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:   /s/ Alex Drummond
      Alex Drummond (Bar No. 38307)
      1075 Peachtree Street, NE, Suite 2500
      Atlanta, Georgia 30309-3962
      (404) 885-1500
      adrummond@seyfarth.com

*Counsel for Defendant Ft. Lauderdale Falcon Hotel, LLC*

3

## CERTIFICATE OF PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3) of the Local Rules for the United States District Court for the Southern District of Florida, counsel for Falcon conferred with counsel for Plaintiff regarding the foregoing Motion for an Extension of Time to Respond to Plaintiff's Second Amended Complaint, and counsel for Plaintiff opposes the relief sought herein.

Dated: July 6, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:   /s/ Alex Drummond
Alex Drummond (Bar No. 38307)
1075 Peachtree Street, NE, Suite 2500
Atlanta, Georgia 30309-3962
(404) 885-1500
adrummond@seyfarth.com

*Counsel for Defendant Ft. Lauderdale Falcon Hotel, LLC*

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for an Extension of Time to Respond to Plaintiff's Second Amended Complaint was electronically served by the Court's CM/ECF system on July 6, 2026 on all counsel of record appearing in this case.

   /s/ Alex Drummond
Alex Drummond (Bar No. 38307)
1075 Peachtree Street, NE, Suite 2500
Atlanta, Georgia 30309-3962
(404) 885-1500
adrummond@seyfarth.com

*Counsel for Defendant Ft. Lauderdale Falcon Hotel, LLC*

5