**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-60770-AHS**

J.N.,

          Plaintiff,

    v.

CYPRESS CREEK HOTEL, LLC, FT.
LAUDERDALE FALCON HOTEL, LLC,
CRESCENT HOTELS & RESORTS, LLC,
and INTERSTATE MANAGEMENT
COMPANY, LLC,

          Defendants.

**DEFENDANT FT. LAUDERDALE FALCON HOTEL, LLC'S CONSENTED TO
MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND
AMENDED COMPLAINT**

Defendant Ft. Lauderdale Falcon Hotel, LLC ("Falcon"), by and through its undersigned

counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an

extension of time in which to respond to Plaintiff J.N.'s Second Amended Complaint from July

8, 2026 to August 7, 2026, and in support thereof states as follows:

1.      Plaintiff filed a stipulation of agreement, joined by Defendants Cypress Creek

Hotel, LLC ("Cypress Creek") and Falcon, for leave to file plaintiff's Second Amended

Complaint, attached thereto as an exhibit, on June 12, 2026 [DE 38].

2.      On June 15, 2026, the Court so ordered the stipulation, and set Defendants'

deadline to respond to the Second Amended Complaint to July 8, 2026 [DE 39].

3.      Falcon requests the extension because a potential conflict involving Falcon's

counsel has recently arisen as a result of the addition of one of the new defendants named in the

Second Amended Complaint.  Falcon is working diligently to resolve this potential conflict or will identify alternative counsel.

4. At Plaintiff's request, this Consented to Motion is being filed in lieu of a so ordered response from Plaintiff [DE 55] to Falcon's Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint [DE 54].

5. This is Falcon's first request for an extension of time, and this request for an extension of time is made in good faith.

WHEREFORE, for the foregoing reasons defendant Ft. Lauderdale Falcon Hotel, LLC respectfully requests that the Court grant its Consented to Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint

Dated: Atlanta, Georgia
       July 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:    /s/ Alex Drummond
       Alex Drummond (Bar No. 38307)
       1075 Peachtree Street, NE, Suite 2500
       Atlanta, Georgia 30309-3962
       (404) 885-1500
       adrummond@seyfarth.com

       *Counsel for Defendant Ft. Lauderdale
       Falcon Hotel, LLC*

2

## CERTIFICATE OF PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3) of the Local Rules for the United States District Court for the Southern District of Florida, counsel for Falcon conferred with counsel for Plaintiff regarding the foregoing Motion for an Extension of Time to Respond to Plaintiff's Second Amended Complaint, and counsel for Plaintiff consents to the relief sought herein.

Dated: July 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:     /s/ Alex Drummond
Alex Drummond (Bar No. 38307)
1075 Peachtree Street, NE, Suite 2500
Atlanta, Georgia 30309-3962
(404) 885-1500
adrummond@seyfarth.com

*Counsel for Defendant Ft. Lauderdale Falcon Hotel, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for an Extension of Time to Respond to Plaintiff's Second Amended Complaint was electronically served by the Court's CM/ECF system on July 9, 2026 on all counsel of record appearing in this case.

_/s/ Alex Drummond_
Alex Drummond (Bar No. 38307)
1075 Peachtree Street, NE, Suite 2500
Atlanta, Georgia 30309-3962
(404) 885-1500
adrummond@seyfarth.com

*Counsel for Defendant Ft. Lauderdale Falcon Hotel, LLC*